UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-22162-BLOOM/Otazo-Reyes**

ADAYA BAKI,

    Plaintiff,

v.

ALORICA,
AT&T COMMUNICATIONS,
GOOGLE LLC, and
VERIZON,

    Defendants.

_____/

## ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court upon Plaintiff Adaya Baki's ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. [6] ("Motion"). Plaintiff filed the instant action on July 12, 2022. *See* ECF No. [1]. On July 15, 2022, the Court directed Plaintiff to pay the applicable filing fee or file a Motion to Proceed *in Forma Pauperis* ("IFP") in accordance with 28 U.S.C. § 1915 by no later than July 22, 2022. *See* ECF No. [4]. The Court also cautioned Plaintiff that the failure to comply would result in dismissal of this case without prejudice and without further notice. *Id*. Plaintiff did not pay the filing fee or request additional time in which to do so. As such, the Court dismissed the case on July 24, 2022. *See* ECF No. [5]. Plaintiff then filed the instant Motion on July 27, 2022. *See* ECF No. [6]. As such, the Motion is untimely.

The Court further notes the Department of Health and Human Services (HHS) poverty guidelines are central to an assessment of an applicant's poverty. *See Taylor v. Supreme Court of New Jersey*, 261 F. App'x 399, 401 (3d Cir. 2008) (using HHS Guidelines as basis for section

Case No. 22-cv-22162-BLOOM/Otazo-Reyes

1915 determination); *Lewis v. Ctr. Mkt.*, 378 F. App'x 780, 784 (10th Cir. 2010) (affirming use of HHS guidelines). The section 1915 analysis requires "comparing the applicant's assets and liabilities in order to determine whether he has satisfied the poverty requirement." *Thomas v. Chattahoochee Judicial Circuit*, 574 F. App'x 916, 917 (11th Cir. 2014). Here, Plaintiff states that his gross pay or wages are "$135,000.00[.]" ECF No. [6] at 1. As such, Plaintiff's income exceeds the annual poverty guideline, making him ineligible to proceed IFP. *See* Annual Update of the HHS Poverty Guidelines, 81 FR 4036-01.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [6]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 27, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Adaya Baki
1820 NW 129th Ter
Miami-Dade, FL 33167
PRO SE